

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## BEAUMONT DIVISION

| | | |
|---|---|---|
| **LINDA KUJAWA,** § | | |
| *Plaintiff,* § | | |
| § | | |
| **v.** § | **CIVIL ACTION NO. 1:04-CV-546** | |
| § | | |
| § | **JURY** | |
| **METROPOLITAN LIFE INSURANCE** § | | |
| **COMPANY, CONOCO PHILLIPS SERVICES,** § | | |
| **INC., and CONOCO PHILLIPS COMPANY** § | | |
| *Defendants.* § | | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is *Plaintiff's Motion to Dismiss With Prejudice* [Doc. #29] filed June 30, 2005.  Upon review of the Motion, the Court is of the opinion that it should be in all things **GRANTED.**

**IT IS THEREFORE ORDERED** that *Plaintiff's Motion to Dismiss With Prejudice* [Doc. #29] is in all things **GRANTED.**

**IT IS FURTHER ORDERED** that all claims asserted by Plaintiff Linda Kujawa against Defendants are **DISMISSED WITH PREJUDICE**, with all costs taxed against the party incurring same.

**SO ORDERED.**

**SIGNED** this the **19** day of **July, 2005.**

_____

Thad Heartfield
United States District Judge